# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MURRAY HILL PRESBYTERIAN CHURCH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. _____ |
| ) | |
| MT. HAWLEY INSURANCE COMPANY AND RENAISSANCE RE SYNDICATE 1458 LLOYD'S ) ) ) | |
| ) | |
| Defendants. | |

## LIST OF PARTIES AND COUNSEL OF RECORD

**Plaintiff Murray Hill Presbyterian Church**
Represented by:
Brittany A. Panter / FBN: 115779
VishioForry, PLLC
1300 Goodlette-Franke Rd. N., Suite 202
Naples, FL 34102
(239) 703-7210
service@vishioforry.com
bpanter@vishioforry.com

**Defendant Mt. Hawley Insurance Company**
Represented by:
Marcus G. Mahfood / FBN: 41495
CHARTWELL LAW OFFICES, LLP
100 SE 2nd St., Suite 2150
Miami, FL 33131-2137
(305) 372-9044 (Telephone)
(305) 372-5044 (Fax)
mmahfood@chartwelllaw.com
and
Greg K. Winslett (*pro hac vice to be filed*)
QUILLING SELANDER LOWNDS WINSLETT & MOSER PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)
gwinslett@qslwm.com

Respectfully submitted,

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood / FBN: 41495
CHARTWELL LAW OFFICES, LLP
100 SE 2nd St., Suite 2150
Miami, FL 33131-2137
Tel: 305-372-9044
Fax: 305-372-5044
mmahfood@chartwelllaw.com
         and
Greg K. Winslett (*pro hac vice* to be filed)
QUILLING SELANDER LOWNDS
WINSLETT & MOSER PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com

**ATTORNEYS FOR MT. HAWLEY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 27th day of October, 2021, as follows:

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood