UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MURRAY HILL PRESBYTERIAN CHURCH | )<br>)<br>) |
| Plaintiff, | )<br>) |
| V. | ) Case No. 3:21-cv-01077-HES-JBT<br>) |
| MT. HAWLEY INSURANCE COMPANY AND RENAISSANCE RE SYNDICATE 1458 LLOYD'S | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFF'S DESIGNATION OF LEAD COUNSEL**

COMES NOW, Plaintiff, MURRAY HILL PRESBYTERIAN CHURCH, by and through their undersigned counsel, hereby designates Andrew J. Dean of Patten, Wornom, Hatten & Diamonstein, L.C., as lead counsel and attorney in charge. Mr. Dean is currently admitted to practice in the Middle District of Florida.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Designation of Lead Counsel of the Plaintiffs has been served upon all opposing parties via CM/ECF on the 8th day of December, 2021.

/s/ *Andrew J. Dean, Esq.*
Andrew J. Dean, Esq.
Florida Bar No.: 0121808
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4500
Facsimile: (757) 223-4518
adean@pwhd.com

/s/ *James R. Forry, Esq.*
James R. Forry, Esq.
Florida Bar No.: 1001023
VishioForry, PLLC
*Attorney for Plaintiff*
1300 Goodlette-Frank Rd. N.
Suite #202
Naples, FL 34102
(239) 703-7210
(239) 900-1993 (Fax)
service@vishioforry.com
jroffy@vishioforry.com