UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MURRAY HILL PRESBYTERIAN )
CHURCH )
    Plaintiff, )
     )
    v. )   Case No. 3:21-cv-1077-HES-JBT
     )
MT. HAWLEY INSURANCE )
COMPANY AND RENAISSANCE )
RE SYNDICATE 1458 LLOYD'S, )
    Defendant. )
_____/

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO TRANSFER VENUE

Plaintiff, Murray Hill Presbyterian Church, by and through its undersigned counsel, and pursuant to Local Rule 3.01(h), respectfully requests this Court to entertain oral argument of Defendant, Mt. Hawley Insurance Company's Motion to Transfer Venue and Reply Brief (Doc. 13 and 17) and Plaintiff's Memorandum of Law in Opposition and Supplemental Authority (Doc. 14 and 18). In support thereof, Plaintiff states:

1. Plaintiff believes that oral argument will be necessary to better assist this Court in understanding the factual and legal issues related to the parties' arguments.

2. Plaintiff estimates the time required for argument will be one hour or less.

WHEREFORE, Plaintiff, Murray Hill Presbyterian Church, respectfully requests this Court to entertain oral argument on this matter.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon all opposing parties via CM/ECF on the 11th day of February, 2022.

/s/ *Andrew J. Dean, Esq.*
Andrew J. Dean, Esq.
Florida Bar No. 121808
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4500
Facsimile: (757) 223-4518
adean@pwhd.com

/s/ *James R. Forry, Esq.*
James R. Forry, Esq.
Florida Bar No.: 1001023
VishioForry, PLLC
*Attorney for Plaintiff*
1300 Goodlette-Frank Rd. N.
Suite #202
Naples, FL 34102
(239) 703-7210
(239) 900-1993 (Fax)
service@vishioforry.com
jroffy@vishioforry.com